**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

| | | |
|---|---|---|
| STATE OF DELAWARE, | ) | |
| | ) | |
| Plaintiff, | ) | **I.D.**  91009844DI |
| | ) | 9411016337 |
| v. | ) | |
| | ) | |
| CHRISTOPHER DESMOND, | ) | |
| | ) | |
| Defendants. | | |

**ORDER**

**IT IS HEREBY ORDERED** this 18th day of March, 2025:

1. Defendant filed March 6, and March 10, 2025 letters wherein he asks this Court to vacate the ten counts of Robbery First Degree and related offenses for which he was convicted.

2. Defendant has filed countless motions and petitions seeking this same relief. Every court that has considered the issues raised by Defendant has rejected his claims. These courts include this Court, the Delaware Supreme Court and the United States District Court for the District of Delaware.

3. Defendant's Motion is **DENIED** on the basis of the previous decisions of the various courts mentioned herein, including but not limited to this Court's July 16, 2024 opinion and ruling,[1] which have addressed the same issue and the fact

---

[1] Docket Item ("D.I.") 423.

that the relief requested is procedurally barred under Superior Court Criminal Rules 35 and 61 as repetitive.

4. Desmond cites to the recent United States Supreme Court decision in *Glossip v. Oklahoma*[2] in support of his present application. Desmond argues a new rule of constitutional law has been announced eliminating any procedural bar to his claim and requiring it to be addressed on the merits. *Glossip* contains no new constitutional rule supporting Desmond's claims. Moreover, this Court, and others, have addressed the Defendant's arguments on the merits. In this Court's most recent decision on July 16, 2024 this Court once again addressed the merits of Desmond's claims and found them without merit.

Defendant's Motion is hereby **DENIED**.

_/s/ Francis J. Jones, Jr._
Francis J. Jones, Jr., Judge

cc:    *Original to the Prothonotary*
       Andrew Vella, Deputy Attorney General
       Christopher Desmond, I.D. No. 91009844DI

---

[2] 2025 WL 594736 (U.S. 2025).